Brian M. Born
Turnbull & Born, P.L.L.C.
950 Pacific Ave., Suite 1050
Tacoma, WA 98402
(253) 383-7058
FAX: (253) 572-7220
*bborn@turnbullborn.com*

**Honorable Paul B. Snyder**
**Chapter 11**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>CENTRALIA OUTLETS, LLC,<br><br>Debtor | Case No. 10-50029-PBS<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

Please take notice that the undersigned is appearing on behalf of Northwest Commercial Bank.

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007 and any and all other applicable bankruptcy rules, the undersigned requests that all notices, given or required to be given, and all documents, served or required to be served, in this case be given to and served upon the person set forth below:

> BRIAN M. BORN
> Turnbull & Born, P.L.L.C.
> 950 Pacific Ave., Suite 1050
> Tacoma, WA 98402

AND FURTHER asks to be placed upon the Special Notice list as prescribed under Bankruptcy Rule 2002(i).

DATED: December 29, 2010.

TURNBULL & BORN, P.L.L.C.

By /s/ Brian M. Born
Brian M. Born, WSBA 25334
Attorneys for Creditor Northwest Commercial Bank

NOTICE OF APPEARANCE/REQUEST FOR NOTICE
Page 1

Law Offices of
**TURNBULL & BORN**, P.L.L.C.
Commerce Building, Suite 1050
950 Pacific Ave. Tacoma, WA 98402
(253) 383-7058; FAX (253) 572-7220

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE ON:

> Marjorie Raleigh
> Trustee
> 700 Stewart St., Suite 5103
> Seattle, WA 98101
>
> Christine Tobin
> Attorney for Debtor
> 601 Union St., Suite 5000
> Seattle, WA 98101

By the Court's CM/ECF System and by mailing full true and correct copies thereof to the persons at the addresses shown above, on the date set forth below.

Dated this 29th day of December, 2010.

/s/ Brian M. Born
Brian M. Born

NOTICE OF APPEARANCE/REQUEST FOR NOTICE
Page 2

Law Offices of
**TURNBULL & BORN**, P.L.L.C.
Commerce Building, Suite 1050
950 Pacific Ave. Tacoma, WA 98402
(253) 383-7058; FAX (253) 572-7220

Case 10-50029-BDL    Doc 33    Filed 12/29/10    Entered 12/29/10 17:21:12    Page 2 of 2