The Honorable Brian D. Lynch
Chapter 11
Hearing Date: May 11, 2011
Hearing Time: 10:00 a.m.
Location: Tacoma, Courtroom I
Response Date: May 4, 2011 at 5:00 p.m. PST

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>CENTRALIA OUTLETS, LLC,<br><br>Debtor. | Case No. 10-50029-PBS<br><br>**ORDER EXTENDING THE EXCLUSIVE PERIOD TO SOLICIT ACCEPTANCES UNDER SECTION 1121(C)(3) OF THE BANKRUPTCY CODE** |

THIS MATTER came before the Court on the motion (the "**Motion**") for an Order 11 U.S.C. § 1121(d) extending the exclusive period set forth in 11 U.S.C. § 1121(c)(3) within which Centralia may solicit votes to accept a Chapter 11 Plan filed by Centralia Outlets, LLC ("**Debtor**"). The Court, has reviewed the files and records herein, and is fully advised.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

ORDER EXTENDING EXCLUSIVE PERIOD TO
SOLICIT VOTES TO ACCEPT CHAPTER 11
PLAN – 1
76262-0001/LEGAL20613157.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 10-50029-BDL    Doc 112    Filed 05/09/11    Entered 05/09/11 09:36:20    Page 1 of 2

2. The exclusive period for the Debtor to solicit acceptances under Section 1121(c)(3) of the Bankruptcy Code is extended from through and including July 29, 2011.

### END OF ORDER ###

Presented by:

**PERKINS COIE LLP**

By:/*s/ Brian A. Jennings*
   Alan D. Smith, WSBA No. 24964
   Brian A. Jennings, WSBA No. 32509

Attorneys for Debtor
Centralia Outlets, LLC

Brian D. Lynch
United States Bankruptcy Judge
(Dates as of Entered on Docket date above)

ORDER EXTENDING EXCLUSIVE PERIOD TO SOLICIT VOTES TO ACCEPT CHAPTER 11 PLAN – 2
76262-0001/LEGAL20613157.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 10-50029-BDL   Doc 112   Filed 05/09/11   Entered 05/09/11 09:36:20   Page 2 of 2