The Honorable Brian D. Lynch
Chapter 11
Hearing Date: June 29, 2011
Hearing Time: 10:00 a.m.
Location: Tacoma, Courtroom I
Response Date: June 22, 2011

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>CENTRALIA OUTLETS, LLC,<br><br>Debtor. | Case No. 10-50029-BDL<br><br>NOTICE OF HEARING ON DEBTOR'S **OBJECTION TO CLAIM OF STERLING SAVINGS BANK AND REQUEST TO VALUE COLLATERAL** |

**PLEASE TAKE NOTICE** that Centralia Outlets, LLC ("**Centralia**" or "**Debtor**"), as debtor in possession in the above captioned bankruptcy case, filed its Objection to Claim of Sterling Savings Bank and Request to Value Security (the "**Objection**").

**PLEASE TAKE FURTHER NOTICE** that the Objection will be heard on **June 29, 2011** at **10:00 a.m.** before the Honorable Brian D. Lynch, United States Bankruptcy Court for the Western District of Washington, U.S. Bankruptcy Court at Union Station, 1717 Pacific Avenue, Tacoma, Washington 98402, Courtroom I.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be filed **NO LATER THAN June 22, 2011** with the United States Bankruptcy Court for the Western District of Washington, U.S. Bankruptcy Court at Union Station, 1717 Pacific Avenue, Suite 2100, Tacoma, Washington 98402, and served upon Debtor's undersigned counsel and upon all parties who have filed a special request for notice.

NOTICE OF HEARING ON OBJECTION TO CLAIM OF STERLING SAVINGS BANK AND REQUEST TO VALUE SECURITY– 1
76262-0001/LEGAL20887605.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 10-50029-BDL   Doc 119-2   Filed 05/17/11   Entered 05/17/11 12:29:54   Page 1 of 2

**PLEASE TAKE FURTHER NOTICE** that if **no response is timely filed and served,** the Court may, in its discretion, without further notice prior to the hearing, grant the relief requested in the Objection and strike the hearing.

DATED: May 17, 2011

**PERKINS COIE LLP**

By: */s/ Brian A. Jennings*
    Alan D. Smith, WSBA No. 24964
    ADSmith@perkinscoie.com
    Brian A. Jennings, WSBA No. 32509
    BJennings@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Debtor
Centralia Outlets, LLC

NOTICE OF HEARING ON OBJECTION TO CLAIM OF STERLING SAVINGS BANK AND REQUEST TO VALUE SECURITY– 2
76262-0001/LEGAL20887605.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 10-50029-BDL    Doc 119-2    Filed 05/17/11    Entered 05/17/11 12:29:54    Page 2 of 2